```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08375
   CAROLYN R CARTER LYNCH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9865


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/07/2008 and was confirmed 06/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY   NOT FILED           .00           .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG      .00            .00           .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE      .00            .00           .00
CARMAX AUTO FINANCE        SECURED VEHIC   500.00           2.00        148.00
CARMAX AUTO FINANCE        UNSECURED     NOT FILED           .00           .00
ASSETCARE INC              UNSECURED     NOT FILED           .00           .00
ASSETCARE INC              NOTICE ONLY   NOT FILED           .00           .00
COMCAST                    UNSECURED     NOT FILED           .00           .00
COMCAST/CHICAGO            NOTICE ONLY   NOT FILED           .00           .00
PREMIER BANKCARD           UNSECURED        318.10           .00           .00
PREMIER BANCARD CHARTER    UNSECURED        318.10           .00           .00
SILVERLEAF RESORTS         UNSECURED     NOT FILED           .00           .00
UNIFUND CO                 UNSECURED     NOT FILED           .00           .00
RONALD D LYNCH             NOTICE ONLY   NOT FILED           .00           .00
US BANK NATIONAL ASSOC     NOTICE ONLY   NOT FILED           .00           .00
SILVERLEAF RESORTS         SECURED NOT I   7378.50           .00           .00
MARLIN E KIRBY             DEBTOR ATTY   3,000.00                        816.00
TOM VAUGHN                 TRUSTEE                                        84.00
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,050.00

PRIORITY                                       .00
SECURED                                     148.00
    INTEREST                                  2.00
UNSECURED                                      .00
ADMINISTRATIVE                              816.00
TRUSTEE COMPENSATION                         84.00

                PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08375 CAROLYN R CARTER LYNCH
```

```
DEBTOR REFUND                                                            .00
                                            ---------------    ---------------
TOTALS                                            1,050.00           1,050.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
  Dated: 01/27/09                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```